**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

QUINCY WONG #494952                     CASE NO. 1:17-CV-00131 SEC P

VERSUS                                  JUDGE TRIMBLE

LASALLE CORRECTIONS CORP ET            MAGISTRATE JUDGE PEREZ-MONTES
AL

**MEMORANDUM ORDER**

On January 23, 2017, a complaint was filed by the plaintiff.  On January 26, 2017, a

memorandum order was issued by this court ordering the plaintiff within 30 days of the date of

the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an

approved form.  Mover has failed to take the required action in accordance with the

memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be,

and hereby is, stricken from the record.

THUS DONE in Chambers on this _____ day of _____, 2017.


                               Joseph H. L. Perez-Montes
                          United States Magistrate Judge